JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE WALKER,<br><br>                      Petitioner,<br><br>                 v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                      Respondent. | Case No. 5:23-cv-01400-KK (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** with prejudice.

Dated:  April 15, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge